## FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

AO-10
Rev. 1/90

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRAGER, David G. | U.S. DISTRICT COURT, E.D.N.Y. | 8/9/93 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE | 5. Report Type (check appropriate type) ___ Nomination, Date_____ ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/92 - 7/31/93 |
|---|---|---|

| 7. Chambers or Office Address Brooklyn Law School 250 Joralemon Street, 9th Floor Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ **NONE** (No reportable positions)

| Dean and Professor of Law | Brooklyn Law School |
|---|---|
|  |  |
|  |  |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ **NONE** (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ **NONE** (No reportable non-investment income)

| 1/1/92 - 7/31/93 | Brooklyn Law School | $ 324,500 |
|---|---|---|
| 1/1/93 - 7/31/93 | New York Mercantile Exchange | $ 3,600 |
|  | New York State Dept. of Environmental Conservation (2) | $ |
|  |  | $ |
|  |  | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRAGER, David G. | 8/9/93 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. 
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. 
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| TIAA/CREF | Loan | K |
| Benjamin J. Golub | Loan | J |
| | | |
| | | |
| | | |
| | | |
| | | |

18b

Digitized by Google

FINANCIAL DISCLOSURE REPORT (con't)

| Name of Person Reporting | Date of Report |
|---|---|
| TRAGER, David G. | 8/9/93 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| Description of Assets | (2) Income Gain Code | (2) Type | (1) Value Code | (2) Method | Transaction during reporting period |
|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT |
| Condominium Apartment | C | Rent | M | R | |
| 111 Briny Avenue, Apt. 2114 | | | | | |
| Pompano Beach, Florida 33062 | | | | | |
| (DC and Reporting Individual) | | | | | |
| | | | | | |
| Pension Funds & IRAs | | | | | |
| TIAS/CREF - Retirement Annuity) | | | O | T | |
| (Reporting Individual) | | | | | |
| | | | | | |
| American Bar Association | | | M | T | |
| Members Retirement Program | | | | | |
| (Reporting Individual) | | | | | |
| | | | | | |
| Prudential Life Insurance | | | K | T | |
| Retirement Plan(s) | | | | | |
| | | | | | |
| Crossland Savings Bank | | | K | T | |
| IRA & Keogh(s) | | | | | |
| | | | | | |
| New York State Employees | | | K | T | |
| Retirement Fund | | | | | |

18:

Digitized by Google

| Attachment | | |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>TRAGER, David G. | Date of Report<br>8/9/93 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross Value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | | |
| 1 Building Lot | | | | | | | | | | |
| 2 Pembroke Drive | | | | | | | | | | |
| 3 East Hampton<br>N.Y. 11937 (DC) | | | K | T | | | | | | |
| 4 | | | | | | | | | | |
| 5 U.S. Savings Bonds | | | | | | | | | | |
| 6 Series E and EE<br>(Face Value) (DC) | | | J | T | | | | | | |
| 7 | | | | | | | | | | |
| 8 Republic National Bank<br>Liquid Investment Accounts | | | K | T | | | | | | |
| 9 (DC) | | | | | | | | | | |
| 10 Josiah Trager, Inc. (DC)<br>Listed Securities (all common shares) | | | K | T | | | | | | |
| 11 Baltimore Gas & Electric (Self & DC) | | | K | T | | | | | | |
| 12 Cent. Hudson Gas & Elec. Corp. (DC) | | | J | T | | | | | | |
| 13 Col. Gas Systems (Self & DC) | | | J | T | | | | | | |
| 14 Hershey Foods Corp. (DC) | | | J | T | | | | | | |
| 15 Iowa - Illinois Gas & Electric (DC) | | | J | T | | | | | | |
| 16 Northern State Power (DC) | | | J | T | | | | | | |
| 17 Potomac Gas & Electric (DC) | | | J | T | | | | | | |
| 18 Society Corp. (DC) | | | J | T | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRAGER, David G. | 8/9/93 |

## /III. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

My wife and I jointly own a cooperative apartment in which we reside.

Because the cooperative is reflected in shares of a corporation and because

the purpose of this form is to call attention to potential conflicts of

interest, I list below the name of the corporation.

54 Remsen Street Housing Corporation

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _David H. Trager_          Date _8/9/93_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:    Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

18e

Digitized by Google